# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

CHRISTINA CRUZ and STEPHEN FOSTER,

    Plaintiffs,

v.   Case No: 8:20-cv-1045-T-36AEP

THE MOSAIC COMPANY, YES COMPANIES WFC, LLC, and CHI VI, LTD,

    Defendants.

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:  May 20, 2020

/s/ Neal O'Toole
_____
Counsel of Record or *Pro Se* Party
   [Address and Telephone]

*O'Toole Law Group*
*310 E. Main Street*
*Bartow, FL  33830*
*Telephone: (863) 533-5525*
*notoole@otoolepa.com*