UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CHRISTINE CRUZ and STEVEN FOSTER, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>THE MOSAIC COMPANY, YES COMPANIES WFC LLC, and CHC VI LTD.,<br><br>      Defendant. | Civil Action No. 8:20-cv-01045-CEH-AEP |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss their claims against Defendants, none of whom have filed an answer or a motion for summary judgment, without prejudice.

Dated: July 30, 2020      Respectfully submitted,

          By:  /s/ *Neal O'Toole*
            Neal O'Toole, Esq.
            **O'Toole Law Group**
            310 E. Main Street
            Bartow, FL 33830
            Telephone: (863) 533-5525
            notoole@otoolepa.com

            W. Mark Lanier, Esq.
            (*pro hac vice* to be filed)
            Richard Meadow, Esq.
            (*pro hac vice* to be filed)
            Chris Gadoury, Esq.
            (*pro hac vice* to be filed)
            **The Lanier Law Firm, P.C.**
            10940 W. Sam Houston Pkwy N., Suite 100

>Houston, Texas 77064
>Telephone: (713) 659-5200
>wml@lanierlawfirm.com
>Richard.Meadow@lanierlawfirm.com
>Chris.Gadoury@lanierlawfirm.com
>
>
>Christopher T. Nidel, Esq.
>(*pro hac vice* to be filed)
>Jonathan Nace, Esq.
>(*pro hac vice* to be filed)
>**Nidel & Nace, P.L.L.C.**
>2201 Wisconsin Ave. NW, Suite 200
>Washington, D.C. 20007
>Telephone:  (202) 558-2030
>chris@nidellaw.com
>jon@nidellaw.com
>
>
>Steven J. German, Esq.
>(p*ro hac vice* to be filed)
>Joel M. Rubenstein, Esq.
>(p*ro hac vice* to be filed)
>**German Rubenstein LLP**
>19 West 44th Street, Suite 1500
>New York, NY 10036
>Telephone: (212) 704-2020
>sgerman@germanrubenstein.com
>jrubenstein@germanrubenstein.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 30, 2020 to counsel of record who are deemed to have consented to electronic services via the Court's CM/ECF system.  Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

>*/s/*  Neal O'Toole
>Neal O'Toole
>Attorney for Relator